UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
RAFAEL CORDERO                                        :

        Plaintiff,                       :     ORDER

  -v.-                                                         :
                                                                 22 Civ. 5697 (PGG) (GWG)
MORRIS NATIONAL, INC.,                        :

        Defendant.                    :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      Discovery having concluded in this matter and no summary judgment motion having been filed by the Court-ordered deadline, see Docket # 18, the pre-trial order materials required by Judge Gardephe's Individual Practices shall be filed on or before September 19, 2023.

      SO ORDERED.

Dated: August 29, 2023
       New York, New York

                                                                   GABRIEL W. GORENSTEIN
                                                                   United States Magistrate Judge