UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RAFAEL CORDERO                                       :

          Plaintiff,                    :       <u>ORDER</u>

  -v.-                                                         :
                                                              22 Civ. 5697 (AS) (GWG)
MORRIS NATIONAL, INC.,                               :

          Defendant.                   :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      In light of the reassignment of this matter, the pretrial order materials required by section X of Judge Subramanian's Individual Practices in Civil Cases shall be filed on or before September 19, 2023.

      SO ORDERED.

Dated: August 30, 2023
       New York, New York

                                                      _____
                                                      GABRIEL W. GORENSTEIN
                                                      United States Magistrate Judge