UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
RAFAEL CORDERO, Individually, and On Behalf of
All Others Similarly Situated,

                Plaintiff,

vs.

MORRIS NATIONAL, INC.,

                Defendant.
--------------------------------------------------------------- x

Case No. 1:22-cv-05697

**STIPULATION OF DISMISSAL**

        **IT IS HEREBY STIPULATED AND AGREED** that the action shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED: September 11, 2023        **MIZRAHI KROUB LLP**

                                          EDWARD Y. KROUB
                                          225 Broadway, 39th Floor
                                          New York, NY 10007
                                          Telephone: 212/595-6200
                                          212/595-9700 (fax)
                                          ekroub@mizrahikroub.com

                                          *Attorneys for Plaintiff*

DATED: September 11, 2023

**STEIN & NIEPORENT LLP**

*[signature]*

David Stein
1441 Broadway Suite 6090
New York, NY 10018
Telephone: 212-308-3444
Fax: 212-836-9595
Email: Dstein@steinllp.Com

*Attorney for Defendant*